### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-cv-23423-BLOOM/Louis

GLOBAL GARLIC, INC.,

      Plaintiff,

v.

DISTRIBUIDORA MI HONURAS, LLC
and OMAR CERNA RUBINSTEIN,

      Defendants.

_____/

### <u>ORDER</u>

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On September 16, 2020, Defendants Omar Cerna Rubinstein ("Rubinstein") and Distribuidora Mi Honduras, LLC ("DMH"), both proceeding *pro se*, filed a Motion to Dismiss, ECF No. [7], in response to Plaintiff's Complaint, ECF No. [1]. Because DMH is a limited liability company, it is an "artificial entity that can act only through agents[,] cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (citations omitted); *see also United States v. Hagerman*, 549 F.3d 536, 537 (7th Cir. 2008) ("[A] limited liability company . . . , like a corporation, cannot litigate in a federal court unless it is represented by a lawyer." (citations omitted)). No representation has been made that Rubinstein is an attorney serving as DMH's counsel who may appear before the Court.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Dismiss, **ECF No. [7]**, is **STRICKEN**.

Case No. 20-cv-23423-BLOOM/Louis

2. Defendant Distribuidora Mi Honduras, LLC shall have **until October 8, 2020**, to retain counsel, who, by such date, must file a notice of appearance and submit DMH's response to Plaintiff's Complaint or show cause why default should not be entered.

3. Defendant Omar Cerna Rubinstein, proceeding *pro se*, may separately refile a response to Plaintiff's Complaint solely on his own behalf **by no later than October 8, 2020**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 17, 2020.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Distribuidora Mi Honduras, LLC and Omar Cerna Rubinstein
850 E Gude Drive
Ste. B
Rockville, MD 20850